UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                  04 Cr. 502 (PKC)

           -against-                                    ORDER

DON MILLER,

                    Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.


       The Clerk of Court is directed to unseal this case.



       SO ORDERED.

                                                         P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
       September 24, 2007