**ORIGINAL**

*OC#1*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,       :     FILED UNDER SEAL

       - v. -                  :     NOTICE OF INTENT TO
                                       FILE AN INFORMATION
DON MILLER,                     :
                                       04 Cr.
       Defendant.               :
                                       (04 MAG 506)
- - - - - - - - - - - - - - - - x

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        May 17, 2004

                   DAVID N. KELLEY
                   United States Attorney

      By:   _____
           Harry A. Chernoff
           Assistant United States Attorney

AGREED AND CONSENTED TO:

      By:   _____
           Anthony L. Ricco, Esq.
           Attorney for Don Miller

5/18/04