DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

# MEMO ENDORSED

September 20, 2007



BY FEDERAL EXPRESS

The Honorable Kevin P. Castel
United States District Judge
United States District Court
 for the Southern District of New York
500 Pearl Street, Room 2260
New York, New York 10007-1312

United States v. Don Miller 04 Cr. 502 (KPC)

Dear Judge Castel:

    We represent defendant Don Miller in this matter. Mr. Miller is presently scheduled to be sentenced before Your Honor on October 2nd at 9:30 a.m. Upon the Government's request, we are writing to request a brief adjournment of the sentencing date. From a conversation with your chambers, we understand that November 2nd at 2:30 p.m. is an available date. This is the first request for an adjournment.

Sincerely,

Eric D. Meyer

*Sentencing adjourned from October 2 to [November 2] at [2:30 p.m.]  SO ORDERED. 9-21-07*

cc: Harry Chernoff, Esq.

22564955v1