UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA, | Filed Electronically |
| - v - | 04 Cr. 502 (PKC) |
| DON MILLER, | **NOTICE OF ATTORNEY APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of defendant Don Miller. The undersigned counsel respectfully request that notice of electronic filing of all papers in the within action be transmitted to them at the following address:

      Mark P. Goodman (MG 3848)
      Eric D. Meyer (EM 1943)
      Debevoise & Plimpton LLP
      919 Third Avenue
      New York, New York 10022
      Ph: (212) 909-6000
      Fax: (212) 909-6836
      Email: mpgoodman@debevoise.com
      Email: edmeyer@debevoise.com

    Dated: New York, New York

October 25, 2007

                                                  /s/ Mark P. Goodman
                                                _____
                                                Mark P. Goodman (MG 3848)
                                                Eric D. Meyer (EM 1943)
                                                DEBEVOISE & PLIMPTON LLP
                                                919 Third Avenue
                                                New York, New York 10022
                                                (212) 909-6000
                                                Attorneys for Defendant Don Miller

22591640v1

TO:     CLERK OF THE COURT
        United States District Court
        Southern District of New York
        U.S. Courthouse, 500 Pearl Street
        New York, New York  10007

        United States Attorney, Southern District of New York
        One St. Andrew's Plaza
        New York, New York  10007
        Attn: AUSA Harry Chernoff, Esq.

## CERTIFICATE OF SERVICE

I, Eric D. Meyer, associated with Debevoise & Plimpton LLP, counsel for the defendant herein, certify:

I am over eighteen (18) years of age. I am a member of the bar of the State of New York and this Court. On the 25th day of October 2007, I caused to be served copies of the within Notice of Appearance by first class mail to counsel for the other party to this action at the following address:

> United States Attorney, Southern District of New York
> One St. Andrew's Plaza
> New York, New York 10007
> Attn: AUSA Harry Chernoff

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Executed on October 25, 2007.

_____
Eric D. Meyer